**No. 58936.**—C. J. Tower & Sons v. United States, protests 177155–K, 179003–K, and 179014–K (Buffalo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 58937.**—Aero Sea Shipping Corporation v. United States, protests 242975–K and 242957–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in these cases, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

**No. 58938.**—Chivas Brothers Import Corporation v. United States, protest 242980–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 58939.**—The Neuwirth Company, Inc. v. United States, protest 243364–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 58940.**—Palestine Exhibits, Inc. v. United States, protest 243791–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 58941.**—W. R. Grace & Co. v. United States, protests 244711–K and 244712–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in these cases, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

**No. 58942.**—Carole Stupell, Ltd. v. United States, protest 244875–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.